1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2018 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 18- **CR 18- 0516-ODW** |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and |
| ANDREW SMITH, aka "AJ," | Ammunition] |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about July 3, 2018, in Los Angeles County, within the Central District of California, defendant ANDREW SMITH, also known as "AJ" ("SMITH"), knowingly possessed a firearm, namely, a Glock, model 19, 9mm semiautomatic pistol, bearing serial number BDBW259, and ammunition, namely, 17 rounds of Federal Cartridge Company 9mm ammunition and two rounds of Winchester 9mm ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant SMITH had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.    Possession of a Firearm with a Felony Warrant, in violation of California Penal Code Section 29800(a)(1), in the Superior Court of the State of California, County of Los Angeles, in case number BA438442, on or about October 1, 2015;

2.    Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court of the State of California, County of Los Angeles, in case number BA435798, on or about October 1, 2015; and

3.    First Degree Robbery, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of Los Angeles, in case number BA310265, on or about April 27, 2007.

A TRUE BILL

/s/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division



SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes
Section

SARA B. MILSTEIN
Assistant United States Attorney
General Crimes Section